UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

FU VAN KNITTING FACTORY, LTD.                    Case No. 08CV6260 (IAQ)

        Plaintiff,                                  **ECF CASE**

-against-                                        **Rule 7.1 Statement**

SUTTON CREATIONS INC.,

        Defendants.
_____X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FU VAN KNITTING FACTORY, LTD., Plaintiff(s), (a private non-governmental party) certifies that **none** of the corporate parents, affiliates and/or subsidiaries of said Plaintiff(s) are publicly held.

Date:  7/9/2008                                 /s/ Terence J. Ricaforte_____
                                                            Terence Ricaforte (TR1718)
                                                            Wong Wong & Associates, P.C.
                                                            150 Broadway, Suite 1588
                                                            New York, New York 10038
                                                            T:  212-566-8080
                                                           F:  212-566-8960
                                                           *Attorney for Plaintiff*